No. 174, Misc. SKANTZE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 182, Misc. SNEED *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 183, Misc. GWYNN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Frances Kahn* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 184, Misc. COLLINS *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied.

No. 194, Misc. GRIECO *v.* LANGLOIS, WARDEN. Supreme Court of Rhode Island. Certiorari denied.

No. 197, Misc. GOSS *v.* ALASKA. Supreme Court of Alaska. Certiorari denied.

No. 205, Misc. TURNER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.